327 So.2d 735

**In re Charles JOHNSON**

**v.**

**STATE.**

**Ex parte Charles Johnson.**

**SC 1677.**

Supreme Court of Alabama.

March 5, 1976.

Jasper B. Roberts, Montgomery, for petitioner.

No appearance for the State.

EMBRY, Justice.

Petition of Charles Johnson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Johnson v. State*, 57 Ala.App. 238, 327 So.2d 733.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.

■

322 So.2d 741

**In re Harold JONES**

**v.**

**STATE.**

**Ex parte Harold Jones.**

**SC 1504.**

Supreme Court of Alabama.

Nov. 20, 1975.

Bryce U. Graham, Tuscumbia, for petitioner.

SHORES, Justice.

Petition of Harold Jones for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Jones v. State*, 56 Ala.App. 444, 322 So.2d 735.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.